TABLE OF CONTENTS

A.  AERIAL VIEW OF BLUE STAR PROJECT SITE, SHOWING 69.297 SKYLINE RANCH, 23.875 ACRES SUBDIVIDED TO GLOBAL TOWN, AND BLUE STAR PROJECT SITE.
B.  UNT DALLAS CONCEPTUAL AREA PLAN; DETAIL ON DART LOTS TO NORTH OF KILLOUG ROAD, AND TRACTS OWNED BY PITRE FAMILY, BARBER FAMILY; AND CURRENTLY NOT FOR SALE; LOTS TO SOUTH OF KILLOUGH RD. SHOWING ONWERSIP AMONG PITER, GOTHARD, BROWN AND PORRAS.
C.  PROPOSED ROAD NETWORK.
D.  PROPOSED PUBLIC SECTOR INFRASTRUCTURE.
E.  UNT DALLAS AREA PLAN EXCERPTS.
F.  UNT DALLAS AREA LAND EXISTING LAND USE PLAN.
G.  MAJOR WORK SITES FOR DALLAS
H.  LATEST UNT PROJECT PLAN
    a. COMPLETION OF WHEATLAND  RD. -PHASE 2-$5.88 MILLION
    b. SEWER AND WATER-PHASE 1A AND 1B
I.  SEWER AND WATER PLAN
J.  SURVEY OF  23.875 ACRES TO GLOBAL TOWN AND LEGAL DESCRIPTION

AERIAL VIEW -DIVIDED TRACTS (EVENT CENTER & VACANT LAND FOR :MIXED USE DEVELOPMENT)

EXHIBIT A

10



EX B

# DART Current and Future Services to 2016



As Of 03/02/17

UNT Station

SOC-3 Extension

Wasco Lane

Killough Blvd.

University Hills S.

**STREET ADDRESSES**
8010 - 8030 University Hills Blvd.
1211 - 1545 Killogh Blvd.
1315 - 1535 Wasco Lane

**SOC 3A**
**ACQUISITION**
**STATUS REPORT**

**SOC3A Parcel Legend (53)**

Closed - DART Owned (19)

NOT Selling (26)

Excessive Liens (8)

**P** Owned By Pitre Family (2)

**B** Owned By Barber Family (10)



PROJECT BLUE STAR



EXHIBIT C



Public Sector Infrastructure - UNT Dallas Area

DRAFT v.2

**Legend**

△ Dallas Water Utilities (DWU)
   Infrastructure

▬ DWU Water Line
   Existing

···· DWU Water Line
     Proposed, Not Funded

▬ DWU Sewer Line
   Existing

···· DWU Sewer Line
     Proposed, Not Funded

◉ Dallas Area Rapid Transit (DART)
   Planned Light Rail Station

▬ DART Light Rail Line
   Planned

▬ Future Trail
   Planned, Not Funded

▬ New or Improved Thoroughfares
   Planned

···· New or Improved Thoroughfares
     Proposed

▬ New or Improved Freeway
   Planned

··· City Limits

▬ Streams

Sources
NCTCOG
  Mobility 2035 – 2013 Update
  Southern Dallas County Infrastrucutre Analysis (2012)
City of Dallas
  Dallas Water Utilities Communication (2014)
  Dallas Streets Communication (2014)
  forwardDallas! The UNT – Dallas Area Plan (2009)
  Parks and Recreation Department Dallas Trail
    Network Plan (2008)
City of Lancaster
  Comprehensive Plan DRAFT (2013)
Dallas Area Rapid Transit
  South Oak Cliff Corridor Blue Line Extension
    Presentation (April 2014)
  Communication (2014)

North Central Texas
Council of Governments

EX D



Proposed Traffic Circulation - UNT Study Area

April 2014

# Wheatland Road, Phase 2 Alignment Alternatives

## Option A - Blue

- Follows City of Dallas/City of Lancaster City Limits, directly ties to Wheatland Rd at University Hills Blvd Intersection
- Impacts 8 property owners, displaces one residence, impacts DWU water meter vault servicing Lancaster
- Impacts 0.41 acres within the 100-year Floodplain
- Estimated $5.5M Cost

## Option B - Magenta

- Follows City Limits and ties in north of Wheatland Rd at University Hills Blvd
- Impacts 7 property owners, but minimizes area of right of way acquisition
- Impacts 0.13 acres within the 100-year Floodplain
- Estimated $3.82M Cost

## Option C - Orange

- Utilizes portions of already constructed Killough Blvd to tie into University Hills Blvd
- Impacts 4 property owners, lowest estimated right-of-way cost
- Impacts 0.12 acres within the 100-year Floodplain
- Estimated $4.01M Cost



35

# Wheatland Road, Phase 2 Status & Next Steps

## Status

- Started Alignment Study April 2019
- Completing Alignment Study, October 2019

## Next Steps (October 2019 – March 2020)

- Finalize Preferred Alignment
- Memorialize Alignment through City Council Approval
- Begin meeting with affected Property Owners to discuss preliminary Right-of-Way impacts
- Negotiate Final Design Contract with Engineering Consultant



36





Wheatland Road, Phase 2 Alignment Alternatives

## Proactive Implementation Program

The strategic importance of this area calls for proactive implementation to steer growth towards the Consensus Vision. The UNT-Dallas Area Implementation Plan focuses on key initial actions needed over a five to seven year period tied to other related critical activities.

| Proactive Implementation Items | 2009 | 2010 | 2011 | 2012 | 2013 | 2014 | 2015 |
|---|---|---|---|---|---|---|---|
| | 1 2 3 4 | 1 2 3 4 | 1 2 3 4 | 1 2 3 4 | 1 2 3 4 | 1 2 3 4 | 1 2 3 4 |
| UNT-Dallas Area Plan Adoption | | | | | | | |
| City Authorized Rezoning | | | | | | | |
| Area Context Sensitive Transportation Study | | | | | | | |
| DART Preliminary Engineering Study | | | | | | | |
| Public Utilities Needs Assessment | | | | | | | |
| 2011 Bond Program | | | | | | | |
| DART Light Rail Line Design & Construction | | | | | | | |
| New City Infrastructure Design & Construction | | | | | | | |
| Area Promotion & Outreach | | | | | | | |
| Special Financing District Feasibility Assessment | | | | | | | |

Legend:
- Proactive Implementation Items
- Critical Related Activities
- Linkages
- Project Milestones

Note: Timeframes are approximate and subject to change

**City Authorized Zoning Changes:** The Development Services Department will initiate public hearings to consider appropriate zoning changes to shape new development with particular consideration given to new form-based zoning options that promote walkable mixed-use developments.

**Area Context Sensitive Transportation Study:** The Development Services Department in collaboration with Public Works and Transportation and the North Central Texas Council of Governments (NCTCOG), will conduct a sustainable transportation study to define transportation improvements based on the Consensus Vision and develop specific design standards to promote integrated automobile, transit, bicycle and pedestrian accessibility.

**Public Utilities Needs Assessment:** The Dallas Water Utilities Department will complete a water and sewer trunk line needs assessment, including general alignment options and cost estimates for strategic improvements to be considered for the next City bond program in order to facilitate development in the area.

**Area Promotion and Outreach:** The Office of Economic Development in collaboration with UNT-Dallas will conduct ongoing area promotion and outreach aimed at attracting envisioned future development that will complement the university and keeping area residents/stakeholder involved and informed.

**Special Financing District Feasibility Assessment:** The Office of Economic Development will conduct a financing feasibility assessment tied to development proposals attributable to the DART light rail line that can generate sufficient tax increment to support enhancements to the area.

To view the UNT-Dallas Area Plan, please visit www.forwarddallas.org

Long Range Planning Division • 1500 Marilla Street • Dallas, TX 75201-6390 • Ph. (214) 670-4068

---

## The UNT- Dallas Area Plan

### Strategic Opportunity Areas

Three strategic opportunity areas will be the focus of proactive implementation efforts to trigger desirable development consistent with the future vision (see map).

**UNT DART Station Area :** Promote a vibrant walkable mixed-use neighborhood near the UNT-Dallas DART station.

- Design a proposed east-west thoroughfare to enhance development opportunities south of the campus and provide a new multi-modal entryway to the campus.

- Apply new form-based zoning to promote transit-oriented development and encourage shared parking between the campus, DART station and new development.

- Create a centrally located plaza at the DART station to serve as a neighborhood hub.

- Integrate future public streets and trails with the university campus master planned street network.

- Provide water and sewer trunk lines to strategically trigger development around the DART station.


Vision for UNT DART Station Area.
Source: Del Mar Station in Pasadena, CA - Anne Koshalek

**Houston School Area :** Establish a university gateway corridor to serve as the primary business address in the area.

- Apply new form-based zoning to promote walkable, mixed use development.

- Improve Houston School to be a tree-lined walkable boulevard along the university frontage.

- Rename Houston School Road and establish a way-finding system for the university and DART station.

- Provide water and sewer trunk lines to strategically trigger development along the corridor.

- Address the overhead power lines and the Dallas Water Utilities sump property to enhance the area ambience.

- Ensure an appropriate development transition to the Wisdom Terrace neighborhood from Houston School road.


Vision for Houston School Road.
Source: National Complete Streets Coalition

**Camp Wisdom DART Station Area :** Create a transit-oriented town center at the proposed DART station.

- Design a proposed north-south multi-modal corridor to accommodate a roadway, light rail and hike and bike trail providing easy access to the DART station and the city park.

- Create a centrally located plaza at the DART station to serve as the hub of the town center.

- Create a north-south mixed-use street connecting Camp Wisdom road to Crouch road.

- Establish a way-finding system to the town center, DART Station, recreation facilities and police sub-station.


Vision for the Plaza at Camp Wisdom DART Station Area.
Source: Central plaza, Portland, OR.



EX E

# The UNT – Dallas Area Plan

## Executive Summary
Adopted December 13, 2000

*Create a vibrant university town with a balance of jobs, housing, and recreation that serves Southeast Oak Cliff and the region and preserves the residential neighborhoods.*

The *forwardDallas!* comprehensive plan identifies the UNT-Dallas area as critically important to growth and development in Dallas' southern sector. The UNT-Dallas Area Plan establishes a future development vision and strategies for implementation.

The UNT-Dallas area lies near the IH-20 corridor within a ten-minute drive from downtown Dallas. The plan addresses the area generally bounded by IH-35, IH-20, Ledbetter Road and Lancaster Road.

### Key Opportunities

**The UNT-Dallas Campus.** The new university campus opened in 2007. It is projected to have 25,000 students and 3,000 employees at build-out, providing a major economic development engine for the area.

**DART Light Rail Service.** The DART Blue line will be extended southwards from the existing Ledbetter station into the study area, linking it to downtown Dallas and other regional centers.

**Strategic Location.** Proximity to the International Inland Port of Dallas (IIPOD), Dallas Executive Airport, Dallas VA Medical Center, and the NAFTA trade corridor (IH-20) positions this area well for future growth.

**Undeveloped Land & Attractive Natural Features:** 50% of the land in the area is vacant, offering vast development opportunity around the new university campus. The topography affords beautiful vistas and a natural inter-connected system of creeks and wooded areas.

**Established Neighborhoods:** Established single family neighborhoods such as Singing Hills and Hidden Valley are assets to the area. Properly nurtured, these neighborhoods will provide the stable heart of a future vibrant community.

### Key Challenges

**Utility Improvements:** A strategic program of water and sewer infra-structure improvements is essential to accommodate future growth.

**Transportation Improvements:** A coordinated transportation effort is needed to ensure well integrated multi-modal accessibility.

**Zoning:** Current zoning in the area is outdated and does not support the concept of a vibrant university town.

*zaidelanteDallas!*

*forwardDallas!*

City of Dallas



UNT-Dallas Campus



The UNT-Dallas Campus

DART Rail Extension

UNT-Dallas Area - Undeveloped Land

## Executive Summary

### Consensus Vision and Strategic Opportunity Areas







Camp Wisdom DART Station Area

UNT DART Station Area

UNT-Dallas

City of Lancaster

Houston School Rd. Area

IH-20

IH-35

35E

NOTE: The map illustrates general concepts of desirable future development. It is not intended to demonstrate specific zoning boundaries or transportation alignments. It is intended to provide policy guidance with regard to the direction of land uses and transportation needs.



**Urban Mixed Use** areas encourage a rich mix of working, shopping, entertainment and living within easy walking, biking and transit access.

**Commercial Centers** provide neighborhood retail and services with easy automobile access.





**Urban Neighborhoods** offer a variety of housing options within easy access to work, shopping, and recreation opportunities.

**Residential Neighborhoods** emphasize maintaining the character of established single family areas.

**University Campus** provides for growth of the UNT-Dallas campus through healthy interaction with a surrounding university town.

**Business Centers** offer regional shopping and employment opportunities near highways.



UNT-Dallas Area Plan
Existing Land Use

MAP 2.3

EX F

Legend
Study Area
City Limit
Agricultural
Commercial
Lodging
Mixed Use
Multi-family
Office
Parking
Private Open Space
Public Facilities & Institutional
Public Open Space
Single Family Attached
Single Family Detached
Utility
Vacant
Warehouse/Distribution
TXU Utility Line (Main)

Source: Lo ange Planning Division, City of Dallas

UNT DALLAS INFRASTRUCTURE PLAN

# Dallas County
# Inland Port

Dallas–Fort Worth's central U.S. location provides an advantageous distribution hub, with quick access to rail, air, and over-the-ground truck transportation. Southern Dallas County serves as vital link of the logistics, distribution and manufacturing hub. By truck, distributors can efficiently move products throughout the central part of the United States, reaching 93 percent of the population within 48 hours. The 70,000+ acre Dallas County Inland Port area offers unsurpassed access to Interstates 20, 35, and 45 with large acreage sites for manufacturing and distribution. The area offers heavy redundant electricity, Lancaster Airport (306 acres), 360-acre Union Pacific Intermodal Terminal (IDT), a planned BNSF Intermodal facility, Foreign Trade Zone availability, Inland Port or Pre-clearance, and Triple Freeport availability.

LOGISTICS
TRAINING

- **Cedar Valley College** -
  Logistics Technology Certificate
  Collin College - Logistics and
  Materials Management
  Certificate Series

- **Eastfield College** - Certificate in Supply
  Chain Management; training courses for
  Certificate Production and Inventory
  Management certification
  **Navarro College** - Certified Logistics Associate

Logistics certificates offered:

- **Northlake College** - Logistics Technology
  & RFID Certificates
  **University of Texas at Dallas** -
  Supply Chain Management Certificate
  **Richland College** - Certified Logistics Worker

- **Tarrant County College NW Campus** -
  Transportation and Warehouse Management
  **University of North Texas and University of
  North Texas at Dallas** - Logistics and Supply
  Chain Management Certificate

Logistics degrees offered at:

- Cedar Valley College
  North Lake College
  Richland College
  Tarrant County College
  Texas Christian University

- University of North Texas
  University of North Texas at Dallas
  University of Texas at Arlington
  University of Texas at Dallas

- - - TOUR ROUTE
──── INLAND PORT BOUNDARY
● SIGNIFICANT EMPLOYER
DC - DISTRIBUTION CENTER

Proposed Loop 9

EX G

Subject Property – Reception Hall



Subject Property – Parking Area & Main Office Building





21



## Wheatland Road Phases 1A and 1B Financials
(In $ millions)

| Phase 1A and 1B Source of Funds | | |
|---|---|---|
| 2006 Bond Program - PBW/Transportation Funds | $ | 5.29 |
| 2012 Bond Program - Eco Dev Funds (UNT Transit Oriented Development) | $ | 5.00 |
| DWU Capital Construction Funds | $ | 0.29 |
| | $ | 10.58 |
| **Phase 1A and 1B Project Costs** | | |
| Phase 1 Design | $ | (0.86) |
| Phase 1A Right-of-Way Costs | $ | (0.20) |
| Phase 1B Right-of-Way Costs | $ | (0.09) |
| | $ | (1.15) |
| Phase 1A Construction Costs | | |
| Paving/drainage (PBW) | $ | (4.14) |
| Water/wastewater (ECO) | $ | (0.76) |
| Water/wastewater (DWU) | $ | (0.07) |
| | $ | (4.97) |
| Phase 1B Construction Costs | | |
| Paving/drainage (ECO) | $ | (3.17) |
| Water/wastewater (ECO) | $ | (0.50) |
| Water/wastewater (DWU) | $ | (0.22) |
| | $ | (3.89) |
| **Remaining Funds (ECO)** | $ | 0.57 |



22

22

EX H

11



## Wheatland Road Phases 1C and 2 Financials

(In $ millions)

| | | |
|---|---|---|
| **Phase 1C Wastewater - Source of Funds** | | |
| University Hills TIF District | $ | 0.82 |
| | | |
| **Wheatland Road - Phase 2 Source of Funds** | | |
| Federal Category 7 (80% - construction of paving and drainage) | $ | 3.40 |
| 2017 Bond Program City of Dallas match (20% - construction; 100% - design/ROW) | $ | 1.80 |
| DWU Capital Construction Funds | $ | 0.68 |
| | $ | 5.88 |
| | | |
| **University Hills Wastewater Basin Analysis** | | |
| **Alignment Study and Engineering Contract - Awarded February 14, 2018** | | |
| 2012 Bond Program - Economic Development Funds | $ | 0.57 |

23

23



## DART

University Hills Infrastructure &
Development Community Meeting

24

24



Wastewater Infrastructure Improvements

EX I

# Wastewater Infrastructure Timeline



## April and August 2017 - Wheatland Road Construction Awarded

- Wastewater main was constructed in advance of paving to prevent tearing out pavement associated with future development

## December 2017 – University Hills TIF Established

- Includes water and wastewater infrastructure improvements within the TIF and will connect the Wheatland Road wastewater main already under construction

## February 2018 – University Hills Wastewater Basin Analysis Professional Services Contract Awarded

- Alignment study was performed that recommended best alignments to serve the entire University Hills area
- Design phase is currently underway for remaining improvements

27

# Wastewater Construction Contract No.1
## (West Side of University Hills)

### Current Status

* Acquiring right-of-entry from property owners
* Field survey in progress

### Proposed Schedule

* Design Complete – April 2020
* Easement Acquisition Complete – March 2021
* Construction Complete – April 2022

### Estimated Construction Cost

* Total Cost - $1,000,000
* DWU Funded - $300,000
* Other Funding - $700,000

*Dedication of easements will be needed.







EX J

TRACT ONE — FIELD NOTES
23.875 Acres

BEING all that certain lot, tract, or parcel of land situation in the S.C. ATTERBERRY SURVEY, Abstract No. 14, in the City of Dallas, in Dallas County, Texas and being a portion of a called 89.346 acre tract of land as conveyed to R.K.C.J., L.L.C. and as described in Volume 96066, Page 7234 of the Deed Records of Dallas County, Texas, (DRDCT), and being more particularly described as follows:

BEGINNING at a 1/2" capped steel rod set for the north corner of the aforesaid 89.346 acre tract and being the same for this tract, said paint also being the north corner of the S. C. ATIERBERRY SURVEY, A-14, said point also being the east corner of the P.B. STOUT SURVEY, A-1308, said point also being in the southwest line of the R. SIMONTON SURVEY, A-1277, said point also being an inner ell corner of a called 202.640 acre tract as recorded in Volume 2001230, Page 2045 DRDCT, (with the bearing basis for this description from GPS observation, Texas Co-Ordinate System, North Central Zone, and having a beginning co-ordinate of: Northing = 6925973.211, Easting = 2492866.435, elevation = 538.67');

THENCE along ` the northeast line of said 89.346 acre tract, S 31° 11' 51" E, 1040.00 feet along the northeast line of said Atterberry Survey and a southwest line of said 202.640 acre tract and the southwest line of said Simonton Survey to a 1 / 2" steel rod set with cap marked "4466", for the east corner of this tract;

THENCE into the aforesaid 89.346 acre tract as follows:

S 59° 10' 38" W. 1000.00 feet to a ½" steel rod set with cap marked "4466", for the south corner of this tract; N 31° 11' 51" W, 1040.05 feet, along the southwest line of this tract to a ½" steel rod set for the west corner of this tract, said point also being in the northwest line of said 89.346 acre tract and same for said Atterberry Survey, said point also being in a southeast line of said 202.640 acre tract and the same for the Stout Survey;

THENCE N 59° 10'49" E, 1000.00 feet doing the northwest line of said 89.346 acre tract and same for said Atterberry Survey and along southeast line of said 202.640 acre tract and the southeast line of said Stout survey to the POINT OF BEGINNING and containing approximately 23.875 acres of land.

TRACT TWO — FIELD NOTES

1.0256 Acres

BEING all that certain lot, tract, or parcel of land situation in the S.C. ATTERBERRY SURVEY, Abstract No. 14, in the City of Dallas, in Dallas County, Texas and being a portion of a called 89.346 acre tract of land as conveyed to R.K.C.J., L.L.C. and as described in Volume 96066, Page 7234 of the Deed Records of Dallas County, Texas (DRDCT), and being more particularly described as follows:

BEGINNING at a point in the southwest line of said 89.346 acre tract and for the west corner of this tract and which bears S 31°17' 46" E, 484.16 feet from the west corner of the89.346 acre tract with the beginning point being the east corner of Lot 13, Block 1, (City Block 7606), of the OAK CLIFF PLANTATIONS ADDITION, an addition to the City of Dallas according to the Plat thereof as recorded in Volume 17, Page 185 PRDCT, said point also being a north corner of KILLOUGH BLVD, a 60' R.O.W., (with the bearing basis for this description from GPS observation, Texas Co-Ordinate System, North Central Zone, and having a beginning co-ordinate of: Northing= 6924665.26, Easting = 2491619.01);

THENCE into the aforesaid 89.346 acre tract as follows:

N 59° 10' 47" E, 744.57 feet to a point for the north corner of this tract;

S 31° 11' 51" E, 60.00 feet to a point for east corner of this tract;

S 59° 10' 47" W, 744.47 feet to a point for corner in the southwest line of the aforesaid 89.346 acre tract of land, for the south corner of this tract and being an east corner of Killough Boulevard;

THENCE N 31° 17' 46" W, 60.00 feet along the southwest line of the 89.346 acres tract and same for this tract and along the northwest line of said Killough Boulevard approximately 1.0256 acres of land.

SURVEYORS CERTIFICATE

TO THE LIEN HOLDERS AND/OR THE OWNERS AND/OR THE

PURCHASERS OF THE PREMISES SURVERYS AND TO: North American Title

Company


I hereby certify that in May, 2016, this survey was made on the ground as per the field notes shown on this survey and is true, correct and accurate as to the boundaries and areas of the subject property and the size, location and type of buildings and improvements thereon, if any, and as to the other matters shown hereon, and correctly shows the location of all visible easements and rights-of-way.

Except as shown on the survey, there are no encroachments upon the subject property by improvements on adjacent property, there are no encroachments on adjacent property, streets or alleys by any improvements on the subject property and there are no conflicts or protrusions.

I further certify to the following conditions:

1. The term "certify" or "certificate" as shown and used hereon indicates an expression of professional opinion regarding the facts of the survey and does not constitute a warranty or guarantee, either expressed or implied; and is exclusively to the parties involved in, and limited to the transaction (GF# 14701-16-01119 closing at the title Company indicated hereon.)

2. That a portion of the said tract lies within a Special Flood Hazard Boundary according to the Flood Insurance Rate Map for Dallas County, Texas. Community # 48139C0495K. Zone X unshaded represents property not located in a 100 year flood Zone. Any property in a Zone A location is approximate and scaled from the image of the FEMA Map, and acreage shown within the "Zone A" is approximate.

3. This survey reflects the above ground (visible) location of utilities. The surveyor makes no guarantee that the utilities shown comprise all such utilities in the area, either in service, or abandoned. Further, the surveyor does not warrant that the underground utilities shown are in the exact location indicated. Underground utilities which may affect this property were not located during the course of this survey, but has made an attempt to locate as accurately as possible any underground utility indicated by above ground evidence.

4. Information in parenthesis are from public records (Deed calls).

5. Bearing Sources are as per record plat or field notes description.

6. The surveyor relied on title commitment issued by North American Title Company, GF# 14701-16-01119, dated March 10, 2016, and all subsequent commitments for information regarding encumbrances on subject property and did not abstract the property for easements and/or other restrictions. The easements, rights-of-way, or other exceptions noted hereon are according to the Schedule B therein. Based on the easements and/or deeds furnished by the aforesaid title company, the following do not affect the subject property:

7. Any other use or copying of this plat is prohibited.

8. Unless otherwise labeled, all property corners indicated as "set" are 1/2" diameter steel rods with yellow plastic caps marked (RPLS 4466)

9. This survey substantially complies with the current Texas Society of Professional Surveyors Standards and Specifications for a Category 1A, Condition 3 Survey.


_____                    _____
Walter Keven Davis, R.P.L.S. # 4466                    Date
Davis & McDill, Inc.