# EX A-1

**ROBERT J. AND KATRINA PITRE**
**STATEMENT OF FINANCIAL CONDITION**
**As of SEPTEMBER 2019**

**ROBERT J. AND   KATRINA PITRE**

12/12/19, 4:11 PM

shall be deemed an original, but all of which when taken together shall constitute one and the same instrument.

*[Signature Page Follows]*

## STATEMENT OF FINANCIAL CONDITION
### As of SEPTEMBER 2019

**ASSETS**

| | |
|---|---:|
| Cash | $ 11,800 |
| Investments | |
| Land & Building held for investment | |
| 1801 E. Wheatland Rd.  Skyline Ranch | 10,780,000 |
| 8201 Julius Shepp Fwy (27)acres Industrial Property | 3,000,000 |
| 1504 Killough acres ( 7.7) acres  vacant Land | 350,000 |
| 2509 Martin Luther King  office building | 475,000 |
| 2204-2210 Porterfield (11) Vacant Lot across from Cedar Crest Golf Course | 250,000 |
| 2642 S Harwood office Building | 375,000 |
| 4540 University Hills (3)acres with house | 250,000 |
| 1317 Fern Glen Trail | 170,000 |
| 1231 Killough  (3) lots acres | 45,000 |
| Residence-2310 Bonnie View Road | 260,000 |
| Personal Vehicles (2) | 65,000 |
| Personal Effects | 75,500 |

**Total Current Assets**                     **$16,107,300**

**LIABILITIES**

| | |
|---|---:|
| Vehicle (Infinity) | 27,080 |

**ESTIMATED INCOME TAXES**             19,120
**Total Liabilities**                             **46,200**
**Total Equity**                               **16,061,100**

**TOTAL LIABILITIES &EQUITY**             **$16,127,468**

2

## MR. & MRS. ROBERT J. PITRE
## NOTES TO STATEMENT OF FINANCIAL CONDITION
### As of SEPTEMBER 2019

### NOTE A – BASIS OF ACCOUNTING

The accompanying financial statement includes the assets and liabilities of Mr. and Mrs. Robert J. Pitre. Assets are stated at the estimated current values and liabilities at the estimated current amounts.

### NOTES B – INVESTMENTS

The estimated current values of investments were based on assessed value for property taxes, including consideration of the basis for such assessments and their relationship to market values in the respective areas.

| | | |
|---|---|---:|
| Home reality: | | |
| - Single family dwelling | $ | 260,000 |
| - Vehicles | | 65,000 |
| - Personal Effects | | 75,500 |
| Land & Buildings held for investment: | | |
| 1801 E. Wheatland Rd. Skyline Ranch | | $10,780,000 |
| 8201 Julius Shepp Fwy (27)acres Industrial Property | | 3,000,000 |
| 1504 Killough acres ( 7.7) acres vacant Land | | 350,000 |
| 2509 Martin Luther King office building | | 475,000 |
| 2204-2210 Porterfield (11) Vacant Lot across from Cedar Crest Golf Course | | 250,000 |
| 2642 S Harwood office Building | | 375,000 |
| 4540 University Hills (3)acres with house | | 250,000 |
| 1317 Fern Glen Trail | | 170,000 |
| 1231 Killough (3) lots acres | | 45,000 |

Members Equity Land Value RKCJLLC:

$ 16,095,500

### NOTE C - PERSONAL EFFECTS AND JEWELRY

The Estimated current value of personal effects and jewelry are the appraised value of those assets, determined by an independent appraiser for insurance purposes. Valuation of other items, primarily household furnishings is based on estimated liquidation values.

3

# MR. AND MRS. ROBERT J. PITRE
## NOTES TO STATEMENT OF FINANCIAL CONDITION
### As of SEPTEMBER 2019

### NOTE D  - NOTES PAYABLE, BANK
#### Notes payable, Texans Credit Union As of SEPTEMBER 2019

were as follows:

| | |
|---|---|
| Note payable, long term (vehicle) | 27,080 |

### NOTE  E – MEMBERS' EQUITY

At the company had 75,000 units of membership interest issued and
Outstanding. Each member is entitled to one vote.  Transferability of membership
Interest is subjected to restrictions set out in the Regulations of the Company.

Name:   Robert & Katrina (Pennie) Pitre
Address: 2310 Bonnie view Rd.
             Dallas, Texas 75216

Employment: Skyline Ranch
Work Number: 972-224-8055
Cell:469-576-5220/ 469-576-5222

**INDIVIDUAL**
**CASH FLOW STATEMENT**
DATED:   As of **SEPTEMBER 2019**

INCOME:

| | | | |
|---|---|---|---|
| 1. | Salaries (base) | $ | 120,500 |
| 2. | Dividends | $ | |
| 3. | Rental Income | $ | |
| 4. | Notes Receivable | $ | |
| 5. | Other income | | |
| (A-1) TOTAL CASH RECEIVED | | $ | **120,500** |

EXPENSES:
1.   Personal Expenses                                         $      111,524
     (Utilities, Household, Repairs,
      Mortgage Payable on Homestead Etc.)
     Other Bank Loans
     Insurance Payment
     Property Taxes
     Other Expenses

A-1 - A-2 – CASH FLOW SURPLUS)                           $        8,976

*Katrina Pitre*