**IN THE UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF TEXAS**
**DALLAS DIVISION**

| | | |
|---|---|---|
| **R.K.C.J., LLC** | § | |
| Plaintiff, | § | |
| | § | **CIVIL ACTION NO.** |
| v. | § | **3:20-CV-00533-K** |
| | § | |
| **TEXAS CAPITAL BANK, N.A.** | § | |
| Defendant. | § | |

## RULE 41 STIPULATION OF DISMISSAL

Plaintiff R.K.C.J., LLC and Texas Capital Bank, N.A. hereby stipulate under Federal Rule of Civil Procedure 41(a)(1)(ii) that this action should be dismissed with prejudice as to all claims, causes of action, and parties. The parties expressly reserve the right to move the Court for an award of attorney's fees and costs in accordance with Federal Rule of Civil Procedure 54.

Dated this _____ day of April 2020

Respectfully submitted,

**THE WILEY LAW GROUP, PLLC**　　　　**CHERRY PETERSEN LANDRY ALBERT LLP**

/s/ Kevin S. Wiley, Sr.

KEVIN S. WILEY, SR.
The Wiley Law Group, PLLC
325 N. St. Paul, Suite 2250
Dallas, TX 75201
Telephone:  (214) 537-9572
Facsimile:  (972) 449-5717
kwiley@wileylawgroup.com

**ATTORNEY FOR PLAINTIFF**

/s/ Craig A. Albert
CRAIG A. ALBERT
Texas Bar No. 00790076
Email: calbert@cplalaw.com
BRITANEY R. GARRETT
Texas Bar No. 24101794
Email: bgarrett@cplalaw.com
KENNETH C. MEIXELSPERGER
Texas Bar No. 24031596
Email: kmeixelsperger@cplalaw.com

8350 North Central Expressway, Suite 1500
Dallas, Texas 75206
Telephone:  214.265.7007
Facsimile:   214.265.7008

**COUNSEL FOR DEFENDANT**