IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | | |
|---|---|---|
| R.K.C.J., LLC, | § | |
| | § | |
| Plaintiff, | § | |
| | § | |
| V. | § | No. 3:20-cv-533-K |
| | § | |
| TEXAS CAPITAL BANK, N.A., | § | |
| | § | |
| Defendant. | § | |

## ORDER ACCEPTING FINDINGS, CONCLUSIONS, AND RECOMMENDATION OF THE UNITED STATES MAGISTRATE JUDGE

After making an independent review of the pleadings, files, and records in this case, and the Findings, Conclusions, and Recommendation of the United States Magistrate Judge dated August 24, 2020 [Dkt. No. 12], the Court finds that the Findings, Conclusions, and Recommendation of the Magistrate Judge are correct, and they are accepted as the Findings, Conclusions, and Recommendation of the Court.

**IT IS, THEREFORE, ORDERED** that Defendant Texas Capital Bank, N.A.'s Motion for Attorney's Fees (Doc. No. 9), is **GRANTED**, and the Court awards Texas Capital Bank $13,710.00 in attorneys fees.

**SO ORDERED**

**Signed September 16th, 2020.**

ED KINKEADE
UNITED STATES DISTRICT JUDGE